# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KIM R. CHAISSON,

        Petitioner,

vs.

STATE OF CALIFORNIA,

        Respondent.

Case No. EDCV 09-0953-R (RNB)

**JUDGMENT**

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed with prejudice.

DATED: Aug. 25, 2009

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE